PHILIP A. AMICONE
MAYOR

FRANK J. RUBINO
CORPORATION COUNSEL



CITY HALL
YONKERS, NEW YORK 10701-3883
(914) 377-6240

DEPARTMENT OF LAW
CITY OF YONKERS

# MEMO ENDORSED

November 8, 2007

**VIA FAX 914-390-4179**

The Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas St., Room 633
White Plains, New York 10601

Attn: Sonia

    Re:   <u>Bobrowsky v. The City of Yonkers, et. al.</u>
           <u>Case #: 07 Civ 8817</u>
           <u>Extension of Time to Answer Complaint</u>

Dear Judge Robinson:

      As per Sonia's request in our telephone conversation earlier today, I am sending, via fax, this request for an extension of time to Answer in the above referenced case. I am an Assistant Corporation Counsel with the City of Yonkers representing defendants the City of Yonkers, Yonkers Corporation Counsel, Lawrence Porcari, the Yonkers Police Department, P.O. Rienzi and P.O. John Does in the above referenced matter.

      Shereen Bobrowsky, the plaintiff, has a history of mental health issues and the facts and issues of this case are difficult to ascertain from her approximately one hundred paragraph complaint. In addition, there are issues regarding service of these papers and the related Order to Show Cause on the various defendants including, but not limited to, service of the complaint via mail.

      Codefendants' attorney, Assistant Attorney General, Susan Anspach, represents defendants the Yonkers Criminal Court, Judge Wood, Westchester Family Court, and Judge David Klein and consents to this extension. In fact, Ms. Anspach has informed me that she has also sent correspondence to the Court seeking such an extension. Ms. Anspach further informed me that she has contacted the plaintiff, who had some

difficulty understanding exactly who she was, but, nonetheless, refused to consent to an extension.

I have also contacted the Westchester County Attorney, who would normally represent codefendants the Westchester DA, ADA R Smith, ADA Login, ADA Garetto and John Does in a matter such as this. However, they have no records in their computer of ever being served in this case and are unaware of the matter. As a result, I am unable to obtain their consent to an extension of time in a matter they are not yet involved in.

Moreover, an Order to Show Cause was filed with the Court in relation to this matter but, apparently, defects in service have prevented the calendaring of a return date. I respectfully request notification of the return date, whenever established, by whomever and whatever means the Court deems appropriate.

According to my calculations, Answers must be served by November 13 and 14, 2007. Under the circumstances I respectfully request a 14 day extension be granted to all defendants to serve an Answer in this matter, or whatever other extension of time this Court deems proper.

Thank you very much for your assistance with this matter. Please do not hesitate to contact me at your convenience.

Respectfully,

Raymond P. Schmidt (RS1713)
Assistant Corporation Counsel
914-377-6260

cc: Susan Anspach

APPLICATION GRANTED

Stephen C Robinson
_____
HON. STEPHEN C. ROBINSION   11/8/07