UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SHEREEN BOBROWSKY,

                            Plaintiff,

  - against-

                                                     **NOTICE OF**
                                                   **APPEARANCE**

THE CITY OF YONKERS, THE YONKERS CORPORATE
COUNSEL, and LAURENCE PORCARI, THE YONKERS
CRIMINAL COURT, and JUDGE WOOD; THE YONKERS       07 CIV 8817
POLICE DEPARTMENT, PO RIENZI and PO JOHN DOES;      (SCR)
THE WESTCHESTER FAMILY COURT and JUDGE DAVID
KLEIN; THE WESTCHESTER DA, ADA R SMITH,
ADA LOGIN, ADA GARETTO and JOHN DOES,

                            Defendants.

_____X

SIR:

      PLEASE TAKE NOTICE, that the above named Plaintiff, SHEREEN BOBROWSKY, hereby appears in the above-entitled action, and that the undersigned appears as Attorney for said Plaintiff. We request service of all notices and papers at the address below.

DATED:  White Plains, New York
            December 4, 2007

                                                   Very truly yours,

                                                   MESSINA & ASSOCIATES, P.C.
                                                   By: Anthony John Messina, Esq.
                                                   Attorney for Defendant
                                                   81 Main Street, Suite 118
                                                   White Plains, New York 10601
                                                    Tel. (914) 949-9440