UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHEREEN BOBROWSKY,

                            Plaintiff,

- against -

THE CITY OF YONKERS; THE YONKERS
CORPORATE COUNCEL and LAURENCE              **NOTICE OF**
PORCARI; THE YONKERS CRIMINAL COURT        **APPEARANCE**
and JUDGE WOOD; THE YONKERS POLICE
DEPARTMENT, PO RIENZI and PO JOHN DOES;      07 Civ. 8817 (SCR)
THE WESTCHESTER FAMILY COURT and JUDGE
DAVID KLEIN; THE WESTCHESTER DA, ADA
R SMITH, ADA LOGIN, ADA GARETTO
AND JOHN DOES,

                            Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that FRANK J. RUBINO, Corporation Counsel of the City of Yonkers, by Assistant Corporation Counsel RAYMOND P. SCHMIDT, an attorney duly admitted to practice in the United States District Court, Southern District of New York, hereby appears on behalf of: The City of Yonkers, Yonkers Corporation Counsel, Lawrence Porcari, The Yonkers Police Department, P.O. Renzi, and P.O. Does, hereinafter referred to as "City Defendants."

Dated: Yonkers, New York
       January 22, 2008

                                              FRANK J. RUBINO
                                              Corporation Counsel of the City of Yonkers
                                              Attorney for City Defendants

                                              By: _____
                                              Raymond P. Schmidt (RS 1713)
                                              Assistant Corporation Counsel
                                              40 South Broadway, Room 300
                                              Yonkers, New York 10701
                                              (914) 377-6260